# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-2581

_____

Paul F. Miller

*Plaintiff - Appellant*

v.

AT&T, doing business as Southwestern Bell Telephone Company, also known as AT&T Arkansas; AT&T, doing business as DirecTV LLC

*Defendants - Appellees*

JAMS

*Defendant*

RANDALLS

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: March 19, 2019
Filed: March 27, 2019
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

Paul Miller appeals the district court's[1] order confirming an arbitration award, and dismissing his application to vacate the award. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that the district court did not err in confirming the arbitration award. See Manion v. Nagin, 392 F.3d 294, 298 (8th Cir. 2004) (on appeal from order confirming arbitration award, factual findings are reviewed for clear error and questions of law are reviewed de novo). Accordingly, we affirm, see 8th Cir. R. 47B, and we deny the parties' appellate motions.

———————————————

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.